**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDUARDO LANDEROS-HERANDEZ,<br><br>　　　　　Defendant. | 3:20-CR-00056-LRH-WGC<br><br>**ORDER GRANTING**<br>**Motion to Dismiss the Indictment**<br>**Without Prejudice** |

　　　　Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant Eduardo Landeros-Hernandez.

　　　　　　　　　　　　　　　　　　　　NICHOLAS A. TRUTANICH
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Randolph J. St. Clair*
　　　　　　　　　　　　　　　　　　　　RANDOLPH J. ST. CLAIR
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　Leave of Court is granted for the filing of the above dismissal.

　　　　DATED this 11th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE